IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00875-AP

DAVID H. LANDER,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER

Defendant, the Commissioner of Social Security, has moved pursuant to sentence four of 42 U.S.C. § 405(g), for a judgment with an order of reversal with remand of the cause to the Commissioner for further administrative proceedings. The Motion (doc. #12), filed November 19, 2008, is GRANTED.

Under sentence four of 42 U.S.C. § 405(g), this Court has the power "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying or reversing the decision of the Commissioner, with or without remanding the cause for a rehearing." *See Shalala v. Schaefer*, 509 U.S. 292 (1993). If the Court grants this motion, the Appeals Council will remand the matter to an Administrative Law Judge (ALJ). The ALJ will be instructed to (1) reevaluate the severity of Plaintiff's alleged mental impairments in accordance with 20 C.F.R. § 404.1520a, and rate, in the decision, the four functional areas set forth therein; (2) specifically address the lay witness statements of record; (3) reevaluate the credibility of Plaintiff's subjective

complaints of fatigue and other symptoms, providing specific and legitimate reasons, supported by the record as a whole, for those findings; (4) reassess Plaintiff's physical and mental residual functional capacity in accordance with SSR 96-8p; (5) reevaluate Plaintiff's ability to perform his past relevant work by making specific findings about the physical and mental demands of that work and comparing those demands to Plaintiff's residual functional capacity; and (6) as necessary, obtain evidence from a vocational expert to determine whether Plaintiff is capable of performing his past relevant work, and if not, whether there are other jobs existing in significant numbers in the national economy that he can perform given his residual functional capacity.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further administrative proceedings, this Court hereby

REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and

REMANDS the cause to the Commissioner for further administrative proceedings as set out above.

Dated at Denver, Colorado this 20th day of November, 2008.

BY THE COURT:

*S/John L. Kane*
Hon. John L. Kane
United States Senior District Judge