IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-875-AP**

**DAVID H. LANDER,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

Plaintiff's Unopposed Motion for Attorney Fees Under the Equal Access to Justice Act, (doc. #14), filed November 21, 2008, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees in the amount of **$3,718.75**.

Dated at Denver, Colorado, this 2nd day of December, 2008.

                                                   BY THE COURT:

                                                   *S/John L. Kane*
                                                   JOHN L. KANE, SENIOR JUDGE
                                                   UNITED STATES DISTRICT COURT